# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

v.

PHILLIP W. GRAHAM

### WAIVER OF PRELIMINARY
### EXAMINATION OR HEARING
(Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number **07-220M**

I, **PHILLIP W. GRAHAM**, charged in a complaint pending in this District with

**KNOWINGLY RECEIVE AND POSSESS CHILD PORNOGRAPHY**, in violation of Title **18**,

U.S.C., **2252A(a)(2) AND 5(B)** , and having appeared before this Court and been advised of my

rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary

hearing, do hereby waive (give up) my right to a preliminary hearing.



_____
Defendant

_____
Counsel for Defendant

*November 9, 2007*

FILED

NOV 9 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE