UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | |
| vs. | CASE NO. **CR 07-157-SLR** |
| **PHILLIP WESLEY GRAHAM** Defendant. | |

**O R D E R**

The defendant, upon entering a plea of not guilty to the Indictment on **DECEMBER 6, 2007** requested, through counsel, additional time to file pretrial motions. The Court having considered the request, it is **ORDERED** that the deadline for the defendant to file pretrial motions is extended until January 25, 2008. The time between the date of this order and January 25, 2008 shall be excludable under the Speedy Trial Act ( 18 U.S.C.3161,et seq.).

**Honorable Mary Pat Thynge**
**U.S. Magistrate Judge**

cc: Defense Counsel
United States Attorney

FILED

DEC 6 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE