IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 07-157-SLR |
| | : | |
| PHILLIP GRAHAM, | : | |
| | : | |
| Defendant. | : | |

**MOTION TO EXTEND TIME TO FILE PRE-TRIAL MOTIONS**

Defendant, Phillip Graham, by and through his undersigned counsel, Luis A. Ortiz, hereby moves the Court pursuant to Federal Rule of Criminal Procedure 45(b) and Local Rule 5(a), for an Order enlarging the time within which pre-trial motions may be filed.

In support of this motion, the Defendant submits as follows:

1.  Pre-trial motions for this case are due by January 25, 2008.

2.  Defense counsel has received partial discovery in Mr. Graham's case. Defense counsel requires additional time to sufficiently review this discovery with Mr. Graham, to determine what, if any, pre-trial motions need to be filed.

3.  Moreover, defense counsel expects private counsel to enter their appearance in Mr. Graham's case shortly. They have indicated they will need additional time to review discovery materials in order to determine what, if any, motions are appropriate in the instant case.

4.  Assistant United States Attorney, Edmond Falgowski, the attorney handling this case for the government, does not oppose the defense's request for an enlargement of time in which to file

any pre-trial motions, making this motion unopposed.

5.    The defense agrees to waive, pursuant to the Speedy Trial Act, any additional time given in which to file pre-trial motions.

**WHEREFORE**, it is respectfully requested that the time for the Defendant to file pre-trial motions be extended for thirty days after January 25, 2008.

                                                Respectfully Submitted,

                                                /s/
                                                Luis A. Ortiz, Esquire
                                                Assistant Federal Public Defender
                                                704 King Street, Suite 110
                                                Wilmington, Delaware  19801
                                                (302) 573-6010
                                                ecf_de@msn.com
                                                Attorney for Defendant Phillip Graham

Dated: January 25, 2008

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 07-157-SLR |
| PHILLIP GRAHAM, | : | |
| Defendant. | : | |

## **ORDER**

Having considered Defendant Graham's Motion to Extend Time to File Pre-trial Motions,

**IT IS HEREBY ORDERED** this _____ day of _____, 2008, that Defendant

Graham's pre-trial motions shall be due on the _____ day of _____, 2008,

and that the time from January 25, 2008 up to the new due date for pre-trial motions to be filed shall

be excluded under the Speedy Trial Act (18 U.S.C. § 3161, et seq.).

_____
The Honorable Sue L. Robinson
United States District Court