IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 07-157-SLR |
| PHILLIP GRAHAM, | : | |
| Defendant. | : | |

### ORDER

Having considered Defendant Graham's Motion to Extend Time to File Pre-trial Motions, **IT IS HEREBY ORDERED** this ___28th___ day of ___January___, 2008, that Defendant Graham's pre-trial motions shall be due on the ___29th___ day of ___February___, 2008, and that the time from January 25, 2008 up to the new due date for pre-trial motions to be filed shall be excluded under the Speedy Trial Act (18 U.S.C. § 3161, et seq.).

_____
The Honorable Sue L. Robinson
United States District Court