## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cr Action No. 1:07-CR-157-SLR |
| ) | |
| PHILIP GRAHAM ) | |
| ) | |
| Defendant. ) | |

## **ENTRY OF APPEARANCE**

TO THE CLERK:

Kindly enter my appearance for the Defendant, Philip Graham in the above captioned case.

/s/  Clayton A. Sweeney, Jr.

Clayton A. Sweeney, Jr., Esquire
DE Id. No. 3359
P. O. Box 55441
Philadelphia, PA 19127-5441
(215) 509-1012
(215) 509-1013 (f)
clayt2@verizon.net

## CERTIFICATE OF SERVICE

Undersigned counsel certifies that two copies of this Entry of Appearance were served on February 25, 2008, addressed to:

Edmond Falgowski, Jr.
Assistant U.S. Attorney
1007 Orange Street, Ste 700
PO Box 2046
Wilmington, DE  19899-2046
(by U.S. Mail, postage prepaid)


Dated:  February 25, 2008                                s/ Clayton A. Sweeney, Jr.

                                                                             Clayton A. Sweeney, Jr., Esquire
                                                                             DE ID 3359
                                                                             P. O. Box 55441
                                                                             Philadelphia, PA 19127-5441

                                                                                (215) 509-1012