IN THE U.S. DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,

Plaintiff,

vs. CRIMINAL ACTION NO. 1:07-CR-157-SLR

PHILIP GRAHAM,

Defendant.

---

**MOTION FOR ADMISSION PRO HAC VICE**

AND NOW COMES, Clayton A. Sweeney, Jr., Esquire, retained counsel for Defendant Philip Graham, and respectfully moves for an order admitting Dean Boland, Esquire to practice in the District pro hac vice for the limited purpose of representing the Defendant in the above captioned case, and respectfully submits as follows:

Dean Boland, Esquire is a member in good standing with the State Bar of Ohio (Exh. 1) and has been licensed in Ohio to practice law since November of 1995 with no disciplinary actions ever taken against him by the bar of any state. Mr. Boland's contact information is as follows:

DEAN BOLAND (OH-0065693)
18123 Sloane Avenue
Lakewood, Ohio 44107
(216) 529-9371 ph
(866) 455-1267 fax
dean@deanboland.com

Mr. Sweeney is familiar with Mr. Boland's reputation for professionalism through a mutual membership in the National Association of Criminal Defense Lawyers, and through

reputable attorneys, personally known to Mr. Sweeney, who have personal experience working professionally with Mr. Boland in criminal cases.

Mr. Boland has not sought pro hac vice admission in any other Delaware court. Counsel has read all applicable provisions of the Delaware rules regulating the Delaware Bar, including but not limited to the local federal rules of the District of Delaware.

Mr. Sweeney has been a member of the bar of this Court since 1995. He has been retained to act as local counsel in this case, and is aware of his professional obligations in doing so.

WHEREFORE, Clayton A. Sweeney, Jr., Esquire respectfully moves the admission pro haec vice of Dean Boland, Esquire in the above captioned case.

/s/ Clayton A. Sweeney, Jr.

Clayton A. Sweeney, Jr., Esquire
(DE No. 3359; PA No. 64050)
PO BOX 55441
Philadelphia PA 19127-5441
1 (215) 509-1012 work
1 (215) 509-1013 fax
clayt2@verizon.net

# DECLARATION OF DEAN BOLAND

STATE OF OHIO )
) SS:
COUNTY OF CUYAHOGA )

I, Dean Boland, being of lawful age and capacity and do declare the following to be true under the pains and penalties of perjury:

1. I am a member in good standing with the State Bar of Ohio.

2. I have been licensed in Ohio to practice law since November of 1995.

3. I have not had any disciplinary actions ever taken against me by the bar of any state.

4. I have not sought pro hac vice admission in any other Delaware court.

5. I am currently retained by the defendant, Phillip Graham, to represent him in this matter.

6. I have read all applicable provisions of the rules regulating the Delaware Bar, including but not limited to the local federal rules of the District of Delaware.

Dean Boland

DEAN BOLAND

2-25-08

**AO 136**
**(Rev. 10/98)**

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA :
: ss.
NORTHERN DISTRICT OF OHIO :

I, GERI M. SMITH, Clerk of the United States Court for the Northern District of Ohio, Eastern Division, **DO HEREBY CERTIFY**, that Dean M. Boland, Bar #0065693, was duly admitted to practice in said Court on December 10, 1996, and is in good standing as a member of the bar of said Court.

Dated at Cleveland, OH

on February 1, 2008

**GERI M. SMITH**
**Clerk of Court**

By: [signature]
**Deputy Clerk**

IN THE U.S. DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,

Plaintiff,

vs. CRIMINAL ACTION NO. 1:07-cr-00157-SLR

PHILIP GRAHAM,

Defendant.

**ORDER**

Having considered Defendant Graham's Motion to admit counsel, Dean Boland, pro hac vice IT IS HEREBY ORDERED this ________day of __________, 2008, that Defendant Graham's counsel, Dean Boland, is admitted pro hac vice to this court as counsel for Mr. Graham.

____________________________________
The Honorable Sue L. Robinson
United States District Court

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that (2) true and correct copies of the foregoing has been furnished to the United States Attorney's Office, U.S. Attorney's Office, 1007 Orange Street, Suite 700 , P.O. Box 2046, Wilmington, DE 19899-2046 by regular U.S. Mail, this 25 day of February, 2008.

Clayton A. Sweeney, Jr., Esquire
(DE No. 3359; PA No. 64050)
PO BOX 55441
Philadelphia PA 19127-5441
1 (215) 509-1012 work
1 (215) 509-1013 fax
clayt2@verizon.net