IN THE U.S. DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                      CRIMINAL ACTION NO. 1:07-CR-157-SLR

PHILIP GRAHAM,

        Defendant.

## MOTION TO EXTEND TIME TO FILE PRE-TRIAL MOTIONS

        Defendant, Phillip Graham, by and through his undersigned counsel, Clayton A. Sweeney, Jr., hereby moves the Court pursuant to Federal Rule of Criminal Procedure 45(b) and Local Rule 5(a), for an Order enlarging the time within which pre-trial motions may be filed. In support of this motion, the Defendant submits as follows:

1. Pre-trial motions for this case are due by February 29, 2008.

2. Mr. Graham has retained new counsel in this matter whom have just recently filed a notice of appearance and motion for admission pro hac vice in this matter.

3. Newly appearing defense counsel requires additional time to sufficiently review discovery with Mr. Graham and determine what, if any, pre-trial motions need to be filed, draft those motions and file them.

WHEREFORE, it is respectfully requested that the time for the Defendant to file pre-trial motions be extended for thirty days after February 29, 2008.

    Respectfully Submitted,

    /s/ Clayton A. Sweeney, Jr.

    Clayton A. Sweeney, Jr., Esquire
    (DE No. 3359; PA No. 64050)
    PO BOX 55441
    Philadelphia PA 19127-5441
    1 (215) 509-1012 work
    1 (215) 509-1013 fax
    clayt2@verizon.net

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that two true and correct copies of the foregoing has been furnished to the Edmund Falgowski, Esquire., U.S. Attorney's Office, 1007 Orange Street, Suite 700 , P.O. Box 2046, Wilmington, DE 19899-2046 by regular U.S. Mail, this 25th day of February, 2008.

/s/ Clayton A. Sweeney, Jr.

Clayton A. Sweeney, Jr., Esquire
(DE No. 3359; PA No. 64050)
PO BOX 55441
Philadelphia PA 19127-5441
1 (215) 509-1012 work
1 (215) 509-1013 fax
clayt2@verizon.net

IN THE U.S. DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,

      Plaintiff,

vs.                                       CRIMINAL ACTION NO. 1:07-mj-00220

PHILIP GRAHAM,

      Defendant.

## ORDER

Having considered Defendant Graham's Motion to Extend Time to File Pre-trial Motions, IT IS HEREBY ORDERED this _____ day of _____, 2008, that Defendant Graham's pre-trial motions shall be due on the _____ day of _____, 2008, and that the time from February 29, 2008 up to the new due date for pre-trial motions to be filed shall be excluded under the Speedy Trial Act (18 U.S.C. § 3161, et seq.).

_____
The Honorable Sue L. Robinson
United States District Court