IN THE U.S. DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CRIMINAL ACTION NO. 1:07-~~cr-00220~~ 157-SLR

PHILIP GRAHAM,

    Defendant.

## ORDER

Having considered Defendant Graham's Motion to Extend Time to File Pre-trial Motions, IT IS HEREBY ORDERED this __26th__ day of __February__, 2008, that Defendant Graham's pre-trial motions shall be due on the __31st__ day of __March__, 2008, and that the time from February 29, 2008 up to the new due date for pre-trial motions to be filed shall be excluded under the Speedy Trial Act (18 U.S.C. § 3161, et seq.).

_____
The Honorable Sue L. Robinson
United States District Court