IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>  v.<br><br>PHILLIP GRAHAM,<br><br>   Defendant. | )<br>)<br>)<br>)<br>)  Crim. No. 07-157-SLR<br>)<br>)<br>)<br>) |

**ORDER**

At Wilmington this 31st day of March, 2008,

IT IS ORDERED that a telephone status conference is scheduled for **Monday, April 14, 2008** at **9:00 a.m.**, with the court initiating said call.

IT IS FURTHER ORDERED that the time between this order and the **April 14, 2008** teleconference shall be excluded under the Speedy Trial Act in the interests of justice. 18 U.S.C. § 3161(h)(8)(A).

                     _____
                     United States District Judge