IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Crim. No. 07-157-SLR |
| | ) | |
| PHILLIP GRAHAM, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

At Wilmington this 14th day of April, 2008, having conferred with counsel;

IT IS ORDERED that defendant's motion (D.I. 14) is **granted**. A telephone status conference is scheduled for **Tuesday, April 22, 2008** at **8:30 a.m.**, with the court initiating said call.

IT IS FURTHER ORDERED that the time between this order and the **April 22, 2008** teleconference shall be excluded under the Speedy Trial Act in the interests of justice. 18 U.S.C. § 3161(h)(8)(A).

Sue L. Robinson
United States District Judge