IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Crim. No. 07-157-SLR |
| | ) |
| PHILLIP GRAHAM, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

At Wilmington this 29th day of August, 2008, having reviewed the sentencing transcript;

IT IS ORDERED that a hearing pursuant to Fed. R. Crim. P. 35(a) is scheduled to commence on **Wednesday, September 3, 2008** at **8:00 a.m.** in courtroom 6B, on the sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

                                                                          _____
                                                                          United States District Judge